1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TAIFUSIN CHIU,                              No.  2:25-cv-00155-DAD-JDP (PS)

12                 Plaintiff,

13          v.                                    ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DISMISSING
14    THE PRESIDENT OF US,                        THIS ACTION

15                 Defendant.                     (Doc. No. 3)

16

17

18          Plaintiff Taifusin Chiu is an individual proceeding *pro se* and *in forma pauperis* in this

19    action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20    636(b)(1)(B) and Local Rule 302.

21          On January 17, 2025, the assigned magistrate judge issued findings and recommendations

22    recommending that plaintiff's complaint be dismissed without leave to amend.  (Doc. No. 3 at 3.)

23    Specifically, the magistrate judge concluded that plaintiff's complaint "is largely incoherent and

24    fails to assert any cause of action against either defendant."  (*Id.* at 2.)

25          The pending findings and recommendations were served on the parties and contained

26    notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

27    3.)  To date, no objections to the findings and recommendations have been filed, and the time in

28    which to do so has now passed.

                                                   1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

3  findings and recommendations are supported by the record and by proper analysis.

4    Accordingly:

5    1.    The findings and recommendations issued on January 17, 2025 (Doc. No. 3) are

6        adopted in full;

7    2.    Plaintiff's complaint is dismissed, without leave to amend; and

8    3.    The Clerk of the Court is directed to close this case.

9    IT IS SO ORDERED.

10
     Dated:    **April 25, 2025**

11                                                  DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28